J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Matthew R. Tsai, Esq.
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Email: cjorgensen@lewisroca.com
Email: mtsai@lewisroca.com

*Attorney for Defendant Hyundai Capital America*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAJUAN KARLAN JACKSON,<br><br>Plaintiff,<br><br>vs.<br><br>HYUNDAI CAPITAL AMERICA, INC.,<br>a Foreign Corporation,<br><br>Defendant. | Case No. 2:20-cv-02295-APG-DJA<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**(SECOND REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and LR IA 6-1, Defendant Hyundai Capital America ("HCA") and Plaintiff Jajuan Karlan Jackson ("Plaintiff") (collectively, "parties"), through their respective attorneys, respectfully request that the Court extend the deadline in which HCA has to answer or otherwise plead to Plaintiff's Complaint.

## STIPULATION

1.    **Whereas**, Plaintiff's Waiver of Service of the Summons was filed on February 1, 2021 (ECF No. 1);

2.    **Whereas**, after executing a waiver of service, HCA's deadline to respond to the Plaintiff's Complaint was April 19, 2021;

3.    **Whereas**, HCA filed an unopposed motion to extend its deadline to respond to Plaintiff's Complaint, seeking an extension by 21 days through and including May 10, 2021 ("First Request") (ECF No. 5);

4. **Whereas**, this Court granted HCA's First Request to extend its deadline to respond through and until May 10, 2021 (ECF No. 7);

5. **Whereas**, the parties are engaged in negotiating a settlement in this matter;

6. **Whereas**, a further stipulation to extend time for HCA to respond to the Complaint was inadvertently not filed in a timely manner on or before May 10, 2021;

7. **Whereas**, the parties hereby stipulate that there is good cause that the stipulation be accepted by the court, specifically, that (1) the delay in filing an answer was the result of excusable neglect based on an intent to settle the matter before a response to the Complaint is necessary, and is not the result of willful conduct or gross neglect on the part of HCA, (2) the Plaintiff and, respectfully, the Court will not be prejudiced by the delay, and (3) the parties are engaged in negotiating settlement and are hopeful that that matter will be resolves prior to HCA incurring further legal expenses on filing a responsive pleading, which instead can be diverted to settlement efforts.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

114437507.1

**Now therefore**, and pursuant to Fed. R. Civ. P. 6(b)(1)(A), the parties hereto jointly move to extend HCA's deadline to respond to the Plaintiff's Complaint by 14 days, until **May 24, 2021**.

Dated: May 12, 2021

/s/ Matthew R. Tsai
Christopher J. Jorgensen
Nevada State Bar No. 5382
Matthew R. Tsai, Esq.
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Hyundai Capital America*

Dated: May 12, 2021

/s/ Erik W. Fox
Erik W. Fox
Nevada State Bar No. 8804
COGBURN LAW
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074

*Attorneys for Plaintiff*

ORDER

**IT IS SO ORDERED**

United States Magistrate Judge

Dated: May 13, 2021

- 3 -

114437507.1